**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2325, 2:12-md-2325 [Docket # 1629], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-E, and American Medical Systems, Inc,. seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-E are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and in the individual cases listed on the attached Exhibits A-E.

ENTER: May 27, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – BERTRAM AND GRAF

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-01087 | Johnna L. Shoemaker v. American Medical Systems, Inc. |
| 2:12-CV-07149 | Deborah A. Morris, Kenneth Morris v. American Medical Systems, Inc. |
| 2:12-CV-07172 | Virginia Olson, Adam Olson v. American Medical Systems, Inc. |
| 2:12-CV-07173 | Linda Pennington v. American Medical Systems, Inc. |
| 2:12-CV-07174 | Candice Hunter, F. Henry Hunter v. American Medical Systems, Inc. |
| 2:13-CV-02844 | Debbie Jetton, Edward Jetton v. American Medical Systems, Inc. |
| 2:13-CV-03654 | Valen Davis v. American Medical Systems, Inc. |
| 2:13-CV-08035 | Nancy Beecher, Bruce Beecher v. American Medical Systems, Inc. |
| 2:13-CV-08421 | Patricia Moncla v. American Medical Systems, Inc. |
| 2:13-CV-09284 | Deborah Stoker, Mark Stoker v. American Medical Systems, Inc. |
| 2:13-CV-09999 | Virginia Bransby, Wayne Bransby v. American Medical Systems, Inc. |
| 2:13-CV-10187 | Leslie Salas v. American Medical Systems, Inc. |
| 2:13-CV-19720 | Carol Cole, David Cole v. American Medical Systems, Inc. |
| 2:13-CV-20314 | Charlotte Garcia, Juan Garcia v. American Medical Systems, Inc. |
| 2:13-CV-22764 | Betsy Miller v. American Medical Systems, Inc. |
| 2:13-CV-22992 | Pauline Age v. American Medical Systems, Inc. |
| 2:13-CV-23001 | Sharon Aitken v. American Medical Systems, Inc. |
| 2:13-CV-23397 | Amanda Beekman v. American Medical Systems, Inc. |
| 2:13-CV-23721 | Ursula Zahnleiter v. American Medical Systems, Inc. |
| 2:13-CV-26877 | June Heilman, Burt Heilman v. American Medical Systems, Inc. |
| 2:13-CV-27722 | Deborah Huizinga, Anthony Huizinga v. American Medical Systems, Inc. |
| 2:13-CV-28512 | Karen McCauley v. American Medical Systems, Inc. |
| 2:13-CV-28517 | Corinna McIntire v. American Medical Systems, Inc. |
| 2:13-CV-29214 | Janis McLane v. American Medical Systems, Inc. |
| 2:13-CV-29814 | Ruth Collins, Tracy Collins v. American Medical Systems, Inc. |
| 2:13-CV-29815 | Lesley Dashnaw, Luis Lopez-Garcia v. American Medical Systems, Inc. |
| 2:13-CV-30077 | Mary Jo Pruitt v. American Medical Systems, Inc. |
| 2:13-CV-31309 | Phyllis Hardy, Billy Hardy v. American Medical Systems, Inc. |
| 2:13-CV-31316 | Sharen Smith v. American Medical Systems, Inc. |
| 2:13-CV-31317 | Crystal Stacy, James Stacy v. American Medical Systems, Inc. |
| 2:13-CV-32045 | Rose Stratton, Robert Stratton v. American Medical Systems, Inc. |
| 2:13-CV-32056 | Andrea Wiles, Johnny Wiles v. American Medical Systems, Inc. |
| 2:13-CV-32973 | Ellen Woods v. American Medical Systems, Inc. |
| 2:13-CV-33519 | Ellen Ethridge v. American Medical Systems, Inc. |
| 2:14-CV-00069 | Jessica Williams v. American Medical Systems, Inc. |
| 2:14-CV-01156 | Loretta Bryant v. American Medical Systems, Inc. |
| 2:14-CV-01160 | Naomi Casey, Ken Casey v. American Medical Systems, Inc. |
| 2:14-CV-01168 | Judith Dobeck, Charles Dobeck v. American Medical Systems, Inc. |
| 2:14-CV-01175 | Rebecca Ernstes v. American Medical Systems, Inc. |
| 2:14-CV-01177 | Becky Fellows, Carl Fellows v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:14-CV-01183 | Andree Freeman, Wayne Freeman v. American Medical Systems, Inc. |
| 2:14-CV-01190 | Miranda Guymon v. American Medical Systems, Inc. |
| 2:14-CV-01196 | Donna Henry, David Henry v. American Medical Systems, Inc. |
| 2:14-CV-02778 | Carla Cooper-Davis v. American Medical Systems, Inc. |
| 2:14-CV-02845 | Mary Anne Fox, Devon Glover v. American Medical Systems, Inc. |
| 2:14-CV-02846 | Mary Helminiak, Mark Helminiak v. American Medical Systems, Inc. |
| 2:14-CV-02848 | Carolyn Kane v. American Medical Systems, Inc. |
| 2:14-CV-02849 | Cynthia Kleeman v. American Medical Systems, Inc. |
| 2:14-CV-02858 | Shannon Magnus v. American Medical Systems, Inc. |
| 2:14-CV-02864 | Anita Miller v. American Medical Systems, Inc. |
| 2:14-CV-02865 | Beverly Moddrell, Clifton Moddrell v. American Medical Systems, Inc. |
| 2:14-CV-02872 | Charzel Pless, Joseph Pless v. American Medical Systems, Inc. |
| 2:14-CV-02874 | Carrie Rivera, Renaldo Rivera v. American Medical Systems, Inc. |
| 2:14-CV-04535 | Linda Russell, John Russell v. American Medical Systems, Inc. |
| 2:14-CV-04540 | Jessica Sklar v. American Medical Systems, Inc. |
| 2:14-CV-06407 | Karri Harper, Jerry Harper v. American Medical Systems, Inc. |
| 2:14-CV-06451 | Ann McBride v. American Medical Systems, Inc. |
| 2:14-CV-06458 | Yvonne Tatum, Raymond Tatum v. American Medical Systems, Inc. |
| 2:14-CV-06477 | Shirley Woodburn v. American Medical Systems, Inc. |
| 2:14-CV-08537 | Anita Myers v. American Medical Systems, Inc. |
| 2:14-CV-08549 | Diana Nightingale, Mark Nightingale v. American Medical Systems, Inc. |
| 2:14-CV-08582 | Hazel Panarello v. American Medical Systems, Inc. |
| 2:14-CV-08594 | Frances Reinshagen v. American Medical Systems, Inc. |
| 2:14-CV-08614 | Brenda Strickland, James Strickland v. American Medical Systems, Inc. |
| 2:14-CV-11801 | Rebecca Cummings v. American Medical Systems, Inc. |
| 2:14-CV-12079 | Pauline Fisher v. American Medical Systems, Inc. |
| 2:14-CV-13564 | Terri Newman v. American Medical Systems, Inc. |
| 2:14-CV-13865 | Virginia Caskey, Bernie Caskey v. American Medical Systems, Inc. |
| 2:14-CV-14371 | Elizabeth House, Kevin House v. American Medical Systems, Inc. |
| 2:14-CV-14372 | Marilyn Kelley, Samuel Kelley v. American Medical Systems, Inc. |
| 2:14-CV-14811 | Lyn Massiello v. American Medical Systems, Inc. |
| 2:14-CV-14838 | Caron Mathison, Gregory Mathison v. American Medical Systems, Inc. |
| 2:14-CV-14907 | Cindy McCalester v. American Medical Systems, Inc. |
| 2:14-CV-16390 | Claudette Rowden v. American Medical Systems, Inc. |
| 2:14-CV-16400 | Kay Salbador, David Salbador v. American Medical Systems, Inc. |
| 2:14-CV-22050 | Waneva Paramithas, Panos Paramithas v. American Medical Systems, Inc. |
| 2:14-CV-22374 | Pamela Zalenski, Daniel Zalenski v. American Medical Systems, Inc. |
| 2:14-CV-25825 | Lorrie Bartoschek v. American Medical Systems, Inc. |
| 2:14-CV-25838 | Doris Berkey, Larry Berkey v. American Medical Systems, Inc. |
| 2:14-CV-26943 | Janie Lively, Roy Lively v. American Medical Systems, Inc. |
| 2:14-CV-27774 | Shannon Mladenovic v. American Medical Systems, Inc. |

## EXHIBIT B – DAVIS BETHUNE & JONES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-23185 | Diana Steward v. American Medical Systems, Inc. |
| 2:13-CV-23190 | Nicole Reitz, Andrew Reitz v. American Medical Systems, Inc. |
| 2:13-CV-23193 | Candy Henderson v. American Medical Systems, Inc. |
| 2:13-CV-23197 | Betty Eurioste v. American Medical Systems, Inc. |
| 2:13-CV-23199 | Kathleen Hanson, Kevin Hanson v. American Medical Systems, Inc. |
| 2:13-CV-23200 | Glenda Corona, Stan Corona v. American Medical Systems, Inc. |
| 2:13-CV-23499 | Catina Madsen, Michael Madsen v. American Medical Systems, Inc. |
| 2:13-CV-23500 | Sherry Martin v. American Medical Systems, Inc. |
| 2:13-CV-23501 | Janet Manke, Ronald Manke v. American Medical Systems, Inc. |
| 2:13-CV-23506 | Shirley Pitts, Herbert Douglas Pitts v. American Medical Systems, Inc. |
| 2:13-CV-23507 | Sheryl Wright, Gary L. Wright v. American Medical Systems, Inc. |
| 2:13-CV-23959 | Susan Jones, James Jones v. American Medical Systems, Inc. |
| 2:13-CV-23960 | Shirley Ann Alexander v. American Medical Systems, Inc. |
| 2:13-CV-23961 | Janet Bean v. American Medical Systems, Inc. |
| 2:13-CV-23963 | Leona Wilson, Glenn Wilson v. American Medical Systems, Inc. |
| 2:13-CV-26278 | Kelly Klima, William Klima v. American Medical Systems, Inc. |
| 2:13-CV-27994 | Aimee Patterson v. American Medical Systems, Inc. |
| 2:13-CV-27995 | Nancy Martin, James Martin v. American Medical Systems, Inc. |
| 2:14-CV-15936 | Catherine Juanita Jackson v. American Medical Systems, Inc. |
| 2:14-CV-19482 | Tammy Haugen, Craig Haugen v. American Medical Systems, Inc. |

## EXHIBIT C – HODGES LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00432 | Margaret B. Lovick, Jerry Lovick v. American Medical Systems, Inc. |
| 2:13-CV-00542 | Cathy Weeks, Thomas G. Weeks, Jr. v. American Medical Systems, Inc. |
| 2:13-CV-02048 | Vera Chadwick v. American Medical Systems, Inc. |
| 2:13-CV-02053 | Joana Blandon v. American Medical Systems, Inc. |
| 2:13-CV-02559 | Karen Biedul v. American Medical Systems, Inc. |
| 2:13-CV-03406 | Janet Knight, Thomas Knight v. American Medical Systems, Inc. |
| 2:13-CV-05335 | Lillie Ball, Gary Ball v. American Medical Systems, Inc. |
| 2:13-CV-05341 | Theresa Borkowski v. American Medical Systems, Inc. |
| 2:13-CV-06150 | Mary Cotter v. American Medical Systems, Inc. |
| 2:13-CV-07117 | Lorrie Whitfield, Tommy Whitfield v. American Medical Systems, Inc. |
| 2:13-CV-07133 | Alice Seda, Gil Seda v. American Medical Systems, Inc. |
| 2:13-CV-07136 | Barbara Lay v. American Medical Systems, Inc. |
| 2:13-CV-07238 | Kimberly Grainger v. American Medical Systems, Inc. |
| 2:13-CV-07271 | Sharon Kleis v. American Medical Systems, Inc. |
| 2:13-CV-07273 | Coretta Pimpleton, Jerry Pimpleton v. American Medical Systems, Inc. |
| 2:13-CV-07869 | Donna Roccoforte v. American Medical Systems, Inc. |
| 2:13-CV-07874 | Kellie Megee Stutts v. American Medical Systems, Inc. |
| 2:13-CV-07880 | Angela Mathes v. American Medical Systems, Inc. |
| 2:13-CV-07999 | Sandra Long, Ronnie Long v. American Medical Systems, Inc. |
| 2:13-CV-08063 | Andrea Spence, Ernest Spence v. American Medical Systems, Inc. |
| 2:13-CV-08067 | Sandy Pickering v. American Medical Systems, Inc. |
| 2:13-CV-08962 | Shirley Spaulding v. American Medical Systems, Inc. |
| 2:13-CV-08995 | Carolyn Bates v. American Medical Systems, Inc. |
| 2:13-CV-09439 | Ethel Bialek v. American Medical Systems, Inc. |
| 2:13-CV-09442 | Tracie Jamison v. American Medical Systems, Inc. |
| 2:13-CV-09447 | Dorinda Maybury, Christopher Maybury v. American Medical Systems, Inc. |
| 2:13-CV-09448 | Lanay Robbins, Jesse Robbins v. American Medical Systems, Inc. |
| 2:13-CV-11273 | Lisa Myers-Baglieri v. American Medical Systems, Inc. |
| 2:13-CV-11276 | Leanna Daniel v. American Medical Systems, Inc. |
| 2:13-CV-12728 | Cheri Ulrich, Robert Ulrich v. American Medical Systems, Inc. |
| 2:13-CV-12737 | Michelle Whisenhunt v. American Medical Systems, Inc. |
| 2:13-CV-12750 | Dorene Vayavong v. American Medical Systems, Inc. |
| 2:13-CV-12751 | Paulette Hart, Richard Rizotte v. American Medical Systems, Inc. |
| 2:13-CV-13544 | Frances Clayton, Richard Clayton v. American Medical Systems, Inc. |
| 2:13-CV-13546 | Tracy Jewell, Howard Jewell v. American Medical Systems, Inc. |
| 2:13-CV-14522 | Althea Wise, Ronald Wise v. American Medical Systems, Inc. |
| 2:13-CV-16095 | Deb Ross, John Ross v. American Medical Systems, Inc. |
| 2:13-CV-16096 | Patricia Rivette, Joe Rivette v. American Medical Systems, Inc. |
| 2:13-CV-16102 | Carolyn Engle, David Engle v. American Medical Systems, Inc. |
| 2:13-CV-33818 | Margarette Rose St. Marie v. American Medical Systems, Inc. |

**EXHIBIT D – KIRKENDALL DWYER**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-33197 | Orel Chavez v. American Medical Systems, Inc. |
| 2:13-CV-33205 | Paula LaMoureaux, Jeff LaMoureaux v. American Medical Systems, Inc. |
| 2:13-CV-33207 | Bonni Ponce v. American Medical Systems, Inc. |
| 2:13-CV-33435 | Maria Amaya, Juan Gonzalez v. American Medical Systems, Inc. |
| 2:13-CV-33451 | Shirley Threet, Bobby Threet v. American Medical Systems, Inc. |
| 2:14-CV-08701 | Lisa Tirado, Rafael Tirado v. American Medical Systems, Inc. |
| 2:14-CV-09707 | Teresa Vizy v. American Medical Systems, Inc. |
| 2:14-CV-18767 | Mirtha Adams, Randy Adams v. American Medical Systems, Inc. |
| 2:14-CV-18769 | Cindy Huff v. American Medical Systems, Inc. |
| 2:14-CV-19220 | Carolyn Clark, Gary Clark v. American Medical Systems, Inc. |
| 2:14-CV-19222 | Kimberly Driggs v. American Medical Systems, Inc. |
| 2:14-CV-19223 | Linda Etter v. American Medical Systems, Inc. |
| 2:14-CV-19225 | Paula Kokoles, Robert Kokoles v. American Medical Systems, Inc. |
| 2:14-CV-19226 | Carmen Sida v. American Medical Systems, Inc. |
| 2:14-CV-19227 | Deborah Snyder v. American Medical Systems, Inc. |
| 2:14-CV-19338 | Beatrice Archie v. American Medical Systems, Inc. |
| 2:14-CV-20389 | Sunshine Dawson, David Dawson v. American Medical Systems, Inc. |

## EXHIBIT E – LONCAR & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-06976 | Elizabeth Sturgill v. American Medical Systems, Inc. |
| 2:13-CV-14305 | Brenda Floyd v. American Medical Systems, Inc. |
| 2:13-CV-14509 | Alice Horton, Kenneth Warrior, Sr. v. American Medical Systems, Inc. |
| 2:13-CV-14510 | Marietta Kay v. American Medical Systems, Inc. |
| 2:13-CV-14511 | Sandra LeRoy, Thomas LeRoy v. American Medical Systems, Inc. |
| 2:13-CV-14536 | Kelley Prewett, Cartwright Prewett v. American Medical Systems, Inc. |
| 2:13-CV-14573 | Venita Reich v. American Medical Systems, Inc. |
| 2:13-CV-14574 | Mitzi Gregory, Myron Gregory v. American Medical Systems, Inc. |
| 2:13-CV-14609 | Susan Schnell v. American Medical Systems, Inc. |
| 2:13-CV-14614 | Cynthia Self v. American Medical Systems, Inc. |
| 2:13-CV-17877 | Donna Abell, David Chastain v. American Medical Systems, Inc. |
| 2:13-CV-17881 | Sabrina Aragon v. American Medical Systems, Inc. |
| 2:13-CV-17887 | Deborah Bolt, George Bolt v. American Medical Systems, Inc. |
| 2:13-CV-17889 | Raedene Dillinger v. American Medical Systems, Inc. |
| 2:13-CV-17893 | Mary Downs, James Downs v. American Medical Systems, Inc. |
| 2:13-CV-17906 | Jennifer Payne v. American Medical Systems, Inc. |
| 2:13-CV-17911 | Camille Tullis v. American Medical Systems, Inc. |
| 2:13-CV-18793 | Flora Hallbach v. American Medical Systems, Inc. |